**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 133 EAL 2019 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JAMAL ALI, | : | |
| | : | |
| Petitioner | : | |

**<u>ORDER</u>**


**PER CURIAM**

     **AND NOW**, this 4th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.